**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7200**

───────────

HERBERT COOK, JR., a/k/a Herbert Cooke,

                    Petitioner - Appellant,

    versus

COMMONWEALTH OF VIRGINIA,

                    Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-97-1396-AM)

───────────

Submitted: December 17, 1998      Decided: January 6, 1999

───────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Herbert Cook, Jr., Appellant Pro Se. John Kenneth Byrum, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert Cook, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>Cook v. Commonwealth of Virginia</u>, No. CA-97-1396-AM (E.D. Va. July 22, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>